UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JARVIS AUSTIN,<br><br>          Plaintiff,<br><br>     v.<br><br>KEMPER CORPORATION,<br><br>          Defendant. | Case No. 25-cv-07194-JST<br><br>**ORDER CLOSING CASE NO. 25-cv-07367 AND TERMINATING MOTION IN CASE NO. 25-cv-07194**<br><br>Re: ECF No. 34 |
| GEORGE JARVIS AUSTIN,<br><br>          Plaintiff,<br><br>     v.<br><br>KEMPER CORPORATION (INSURANCE),<br><br>          Defendant. | Case No. 25-cv-07367-JST |

In Case No. 25-cv-07367, the Court ordered Defendant Kemper Insurance Corporation to "file either (1) a brief that sets forth authority for concluding that the case was remanded and therefore subject to removal or (2) a statement that it no longer believes that removal was proper." No. 25-cv-07367, ECF No. 20 at 1. Kemper has now filed a response stating that it "no longer believes that removal was proper. *See Allstate Ins. Co. v. Superior Court*, 132 Cal. App. 3d 670 (1982) (dismissal of federal action without remand terminates the action, leaving the state court without jurisdiction to resume proceedings)." No. 25-cv-07367, ECF No. 22 at 1. The Clerk is therefore directed to close Case No. 25-cv-07367 as having been improperly removed.

In Case No. 25-cv-07194, Plaintiff George Jarvis Austin has filed a motion to consolidate that case with Case No. 25-cv-07367 and to expedite closure of Case No. 25-cv-07367.

1  No. 25-cv-07194, ECF No. 34.  Because Case No. 25-cv-07367 has now been closed, the Court

2  terminates Austin's motion as moot.

3  **IT IS SO ORDERED.**

4  Dated:  September 16, 2025



JON S. TIGAR
United States District Judge